UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NRO BOSTON, LLC, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 18-cv-10060-IT |
| YELLOWSTONE CAPITAL, LLC, et al., | * | |
| Defendants. | * | |

## ORDER

February 21, 2019

TALWANI, D.J.

After the court allowed Defendants' motions to dismiss [#34, #37, #40, #42, #58, and #65] in open court, Defendants Yellowstone Capital, LLC, ("Yellowstone") and Yitzhak Stern filed the pending Motion for Order of Dismissal of Yitzhak Stern [#122]. The relief requested – that the court formalize the oral order – is appropriate and will be entered in a separate order as to Defendant Stern and the other defendants who have been dismissed from this action for lack of personal jurisdiction.

In granting this request, the court takes no position on Yellowstone and Stern's contention that a subpoena served in a different jurisdiction is improper.

IT IS SO ORDERED.

February 21, 2019　　　　　　　　　　　　　　/s/ Indira Talwani
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge