UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NRO BOSTON, LLC, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 18-cv-10060-IT |
| YELLOWSTONE CAPITAL, LLC, et al., | * | |
| Defendants. | * | |

## ORDER OF DISMISSAL

TALWANI, D.J.

Defendants CAPCALL LLC, TVT CAPITAL, LLC, YES FUNDING SERVICES, INC., RTR RECOVERY LLC, EVAN MARMOTT, YITZHAK STERN, and TSVI DAVIS are dismissed without prejudice from this action for lack of personal jurisdiction. The action is also dismissed without prejudice as to FRANK BOURRICAUDY, who has not been named in the Second Amended Complaint [#123].

IT IS SO ORDERED.

February 21, 2019         /s/ Indira Talwani
                          United States District Judge